**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ 07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

―――――――――――――――――――――X
:
MARISOL REYES, on behalf of herself and all  :
others similarly situated,  :
:
:
             Plaintiff,  :  Civil Action No. No. 2:20-cv-3092-ES-
:  MAH
vs.  :
:
RELIABLE COLLECTIONS aka RELIABLE  :  **NOTICE OF VOLUNTARY**
COLLECTION AGENCY, INC., AGRON  :  **DISMISSAL PURSUANT TO**
BINAKAJ, VETON BINAKAJ and PUYA NILI,  :  **F.R.C.P. 41(a)(1)(A)(i)**
:
             Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants, and dismisses the claims on behalf of the putative class without prejudice.

Dated:  July 20, 2021               Respectfully submitted,

                                              By: s/ Lawrence C. Hersh
                                                  Lawrence C. Hersh, Esq.
**SO ORDERED.**                             *Attorney for Plaintiff*

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated: July 21, 2021**